| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Friedman, Paul L | 2. Court or Organization U.S. District Court | 3. Date of Report 05/15/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Active Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address U.S. Courthouse, Rm. 6321 333 Constitution Ave. N.W. Washington, D.C. 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. ▮▮▮▮▮▮ | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. ▮▮▮▮▮▮ | |
| 2. | |
| 3. | |

RECEIVED 2006 MAY 17 P 12: 15 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L | 05/15/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

| X | NONE *(No reportable non-investment income.)* |

|  | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

|  | NONE *(No reportable non-investment income.)* |

|  | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | ▮▮▮ | ▮▮▮▮ |
| 2. | | ▮▮▮ |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

|  | NONE *(No reportable reimbursements.)* |

|  | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | ▮▮▮▮ | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L | 05/15/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. ███████ | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Friedman, Paul L | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ▓▓▓▓▓▓ | | | | | | | | | |
| 2. ▓▓▓▓▓▓ | | | | | | | | | |
| 3. ▓▓▓▓▓ | | | | | | | | | |
| 4. ▓▓▓▓ | | | ▓▓▓▓▓▓▓▓▓▓ | | | | | | |
| 5. ▓▓▓▓ | | | ▓▓▓▓▓▓▓▓▓▓ | | | | | | |
| 6. ▓▓▓▓ | | | ▓▓▓▓▓▓▓▓▓ | | | | | | |
| 7. ▓▓▓ | | | ▓▓▓▓▓▓▓▓▓ | | | | | | |
| 8. | | | | | ▓▓▓▓▓ | | | | |
| 9. ▓▓▓▓ | | | ▓▓▓▓▓▓▓▓▓▓ | | | | | | |
| 10. ▓▓▓▓ | | | ▓▓▓▓▓▓▓▓▓▓ | | | | | | |
| 11. ▓▓▓ | | | ▓▓▓▓▓ | | | | | | |
| 12. ▓▓ | | | ▓▓▓▓▓▓▓▓ | | | | | | |
| 13. ▓▓▓ | | | ▓▓▓▓▓▓ | | | | | | |
| 14. ▓▓▓ | | | ▓▓▓▓▓▓ | | | | | | |
| 15. ▓▓▓ | | | ▓▓▓▓▓▓▓▓▓ | | | | | | |
| 16. ▓▓▓▓▓ | | | | | | | | | |
| 17. ▓▓▓ | | | ▓▓▓▓▓ | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ▇▇▇▇▇▇ | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | | | | | | | | |
| 19. | | | | ▇▇▇▇▇▇▇▇▇▇ | | | | | |
| 20. ▇▇▇▇▇ | ▇▇▇▇▇▇▇▇▇▇▇▇ | | | | | | | | |
| 21. ▇▇▇▇▇ | | | | | | | | | |
| 22. ▇▇▇▇▇▇ | | | | | | | | | |
| 23. ▇▇▇▇▇ | | | | | | | | | |
| 24. ▇▇▇▇▇ | | | | | | | | | |
| 25. ▇▇▇ | | | | | | | | | |
| 26. ▇▇▇▇▇ | | | | | | | | | |
| 27. ▇▇▇▇ | | | | | | | | | |
| 28. ▇▇▇▇▇ | | | | | | | | | |
| 29. ▇▇▇▇ | | | | | | | | | |
| 30. ▇▇▇▇▇ | | | | | | | | | |
| 31. ▇▇▇▇ | | | | | | | | | |
| 32. ▇▇▇▇▇ | | | | | | | | | |
| 33. ▇▇▇ | | | | | | | | | |
| 34. ▇▇▇▇ | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ▆▆▆▆▆▆ | | | | | | | | | |
| 36. ▆▆▆▆▆▆ | | | | | | | | | |
| 37. ▆▆▆▆▆▆ | | | | | | | | | |
| 38. ▆▆▆▆▆▆ | | | | | | | | | |
| 39. ▆▆▆▆▆▆ | | | | | | | | | |
| 40. ▆▆▆▆▆▆ | | | | | | | | | |
| 41. ▆▆▆▆▆▆ | | | | | | | | | |
| 42. ▆▆▆▆▆▆ | ▆▆▆▆▆▆▆▆▆ | | | | | | | | |
| 43. ▆▆▆▆▆▆ | | | | | | | | | |
| 44. ▆▆▆▆▆▆ | | | | | | | | | |
| 45. ▆▆▆▆▆▆ | | | | | | | | | |
| 46. ▆▆▆▆▆▆ | | | | | | | | | |
| 47. ▆▆▆▆▆▆ | | | | | | | | | |
| 48. ▆▆▆▆▆▆ | | | | | | | | | |
| 49. ▆▆▆▆▆▆ | | | | | | | | | |
| 50. ▆▆▆▆▆▆ | | | | | | | | | |
| 51. ▆▆▆▆▆▆ | | | | | ▆▆▆▆▆▆▆▆▆ | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ▬▬▬▬ | | | | | | | | | |
| 53. ▬▬▬▬ | | | | | | | | | |
| 54. ▬▬▬▬ | | | | | | | | | |
| 55. ▬▬▬ | | | | | | | | | |
| 56. ▬▬▬ | | | | | | | | | |
| 57. ▬▬▬ | | | | | ▬▬▬▬▬ | | | | |
| 58. ▬▬▬ | | | | | ▬▬▬▬ | | | | |
| 59. ▬▬▬ | ▬▬▬▬▬ | | | | | | | | |
| 60. ▬▬▬ | | | | | ▬▬▬▬ | | | | |
| 61. ▬▬▬ | ▬▬▬▬▬ | | | | | | | | |
| 62. ▬▬▬ | | | | | ▬▬▬▬ | | | | |
| 63. ▬▬▬ | | | | | | | | | |
| 64. ▬▬▬▬ | ▬▬▬▬ | | | | | | | | |
| 65. ▬▬▬ | ▬▬▬▬ | | | | | | | | |
| 66. ▬▬▬ | | | | | | | | | |
| 67. ▬▬▬ | ▬▬▬▬▬▬▬▬▬▬ | | | | | | | | |
| 68. ▬▬▬ | ▬▬▬▬▬ | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |



| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ▓▓▓ | ▓▓▓ | | | | | | | | |
| 70. ▓▓▓ | | ▓▓▓ | | | | | | | |
| 71. ▓▓▓ | | ▓▓▓ | | | | | | | |
| 72. ▓▓▓ | | | | | | | | | |
| 73. ▓▓▓ | ▓▓▓ | | | | | | | | ▓▓▓ |
| 74. ▓▓▓ | | | | | | | | | |
| 75. ▓▓▓ | | ▓▓▓ | | | | | | | ▓▓▓ |
| 76. ▓▓▓ | ▓▓▓ | | | | | | | | ▓▓▓ |
| 77. ▓▓▓ | ▓▓▓ | | | | | | | | ▓▓▓ |
| 78. ▓▓▓ | ▓▓▓ | | | | | | | | ▓▓▓ |
| 79. ▓▓▓ | | | | | | | | | |
| 80. ▓▓▓ | ▓▓▓ | | | | | | | | |
| 81. ▓▓▓ | ▓▓▓ | | | ▓▓▓ | | | | | |
| 82. ▓▓▓ | | ▓▓▓ | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

EXPLANATORY COMMENTS for PART III. B.

EXPLANATORY COMMENTS for PART VII (by Line Item Number):



1)

73)

75)

76)

77)

78)

80)

81)

82)
(S

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____   Date _____ May 15, 2006 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL DISCLOSURE REPORT

FRIEDMAN, PAUL L.                                    5/15/06

## RIDER A



# FINANCIAL DISCLOSURE REPORT

FRIEDMAN, PAUL L.                                      5/15/06

## RIDER B



# FINANCIAL DISCLOSURE REPORT

FRIEDMAN, PAUL L.                                    5/15/06

## RIDER C:  REIMBURSEMENTS AND GIFTS



1.

2.

3.

4.

5.

6.

7.

8.

9.

10.

11.

12.

13.

14.

15.

16.

17.

18.

